July 31, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

SANTOS SAN JUAN D/B/A SANTOS WRECKER REPAIR, Appellant

NO. 14-14-00407-CV            V.

JOSE SEGOVIA, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on March 4, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Santos San Juan d/b/a Santos Wrecker Repair.

We further order this decision certified below for observance.